NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARK ROBERTS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Cross Appellant.*

---

2012-5113, -5114

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-754, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Mark Roberts moves without opposition for an extension of time to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MARK ROBERTS V. US                                    2


The motion is granted.  The brief is due on or before December 14, 2012.

FOR THE COURT


 /s/ Jan Horbaly    
Jan Horbaly
Clerk

s27